JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JASON J. FLOWERS, | ) | No. CV 12-00851-MMM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| SULLIVAN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the findings and recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: December 18, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE